IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 4:07-CV-00276JCH |
| vs. | ) |
| | ) |
| ELANOR J. COX, BAYWOOD VILLAGES CONDOMINIUM ASSOCIATION and AMERICAN BUILDING CONTRACTORS, INC. | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED that Plaintiff Essex Insurance Company's Motion for Default Judgment against defendant Eleanor Cox is SUSTAINED. The Court hereby enters a default judgment against Eleanor Cox, and declares that as between Eleanor Cox and Essex, Essex has no duty to defend or indemnify Baywood Villages Condominium Association and American Building Contractors, Inc. against the underlying lawsuit filed by Defendant Eleanor Cox.

SO ORDERED:

_____
The Honorable Jean C. Hamilton

9/27/07
Date